# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UAW LOCAL 1612 AMALGAMATED UNION, | : | No. 3:18cv914 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| BRIDON AMERICAN CORPORATION, Defendant | : | |

## ORDER

**AND NOW**, to wit, this 22nd day of August 2018, it is hereby **ORDERED** that defendant's motion to dismiss (Doc. 4) plaintiff's complaint is **DENIED**.

                          **BY THE COURT**:

                          s/ James M. Munley
                          **JUDGE JAMES M. MUNLEY**
                          **United States District Court**